JOEL G. SAMUELS (SBN 115264)
ROBERT S. ADDISON, JR. (SBN 188565)
ANTHONY J. NAPOLITANO (SBN 227691)
BUCHALTER
A Professional Corporation
1000 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90017
Telephone: (213)-891-0700
Facsimile: (213)-896-0400
Email: jsamuels@buchalter.com
       raddison@buchalter.com
       anapolitano@buchalter.com

Attorneys for Defendant
ZB, N.A., a national banking association, dba California Bank & Trust

ROBERT S. MCWHORTER (SBN 226186)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER
A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (213)-891-0700
Facsimile: (916)-945-5170
Email: rmchworter@buchalter.com
       josbornerevis@buchalter.com

Attorneys for Defendant
ZB, N.A., a national banking association, dba California Bank & Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT ZB, N.A.'S DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Complaint Filed: May 26, 2017<br>Trial Date: None set |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 28825832v1

Case No. 2:17-cv-01123-WBS-DB

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadway, (the "Putative Class Action Representatives") and Defendant ZB, N.A., a national banking association, doing business as California Bank & Trust ("CB&T") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

## RECITALS

A. On May 26, 2017, the Putative Class Action Representatives filed this Class Action Complaint against CB&T;

B. On May 30, 2017, the Putative Class Action Representatives served the Summons and the Class Action Complaint upon CB&T via personal service (the "Service Date");

C. Under Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure , the deadline for CB&T to file and serve its answer or other responsive pleading to this Class Action Complaint is June 20, 2017 (the "Response Deadline"); and

D. As evidenced by the signatures below, the Parties have agreed to extend CB&T's Response Deadline by sixty (60) days from the Service Date to afford it more time to investigate the Class Action Complaint's underlying factual allegations and prepare its responsive pleading.

## STIPULATION

1. Based upon the foregoing, the Parties hereby stipulate and agree that CB&T shall file and serve its answer or other responsive pleading to the Class Action Complaint on or before **July 31, 2017**.

DATED: June 7, 2017                BUCHALTER, A Professional Corporation

By: /s/ Robert S. Addison, Jr.
    JOEL G. SAMUELS
    ROBERT S. ADDISON, JR.
    ANTHONY J. NAPOLITANO
    ROBERT S. MCWHORTER
    JARRETT S. OSBORNE-REVIS

Attorneys for Defendant,
ZB, N.A., a national banking association, dba California Bank & Trust

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE

Case No. 2:17-cv-01123-WBS-DB

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 28825832v1

| | | |
|---|---|---|
| 1 | DATED: June 7, 2017 | FOLEY BEZEK BEHLE & CURTIS, LLP |
| 2 | | |
| 3 | | By: /s/ Robert A. Curtis<br>ROBERT A. CURTIS<br>AARON L. ARNDT |
| 4 | | |
| 5 | | Attorneys for Plaintiffs and all others similarly situated |
| 6 | | |
| 7 | DATED: June 7, 2017 | HOLLISTER & BRACE,<br>A Professional Corporation |
| 8 | | |
| 9 | | By: /s/ Robert L. Brace<br>ROBERT L. BRACE<br>MICHAEL P. DENVER |
| 10 | | |
| 11 | | Attorneys for Plaintiffs and all others similarly situated |

I, the filer of this document, attest that each of the other signatories has consented to the filing of this document.

/s/ Robert S. McWhorter
Robert S. McWhorter

2

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 28825832v1

Case No. 2:17-cv-01123-WBS-DB

# ORDER

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that CB&T will have until July 31, 2017, to file and serve its answer or other responsive pleading to the above-entitled Class Complaint.

DATED: JUNE 12, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 28825832v1

Case No. 2:17-cv-01123-WBS-DB