JOEL G. SAMUELS (SBN 115264)
ROBERT S. ADDISON, JR. (SBN 188565)
ANTHONY J. NAPOLITANO (SBN 227691)
BUCHALTER, A Professional Corporation
1000 WILSHIRE BLVD., SUITE 1500
LOS ANGELES, CA 90017
Telephone: (213)-891-0700
Facsimile: (213)-896-0400
Email:  jsamuels@buchalter.com
        raddison@buchalter.com
        anapolitano@buchalter.com

ROBERT S. MCWHORTER (SBN 226186)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (213)-891-0700
Facsimile: (916)-945-5170
Email:  rmchworter@buchalter.com
        josbornerevis@buchalter.com

Attorneys for Defendant
ZB, N.A., a national banking association, dba California Bank & Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND [PROPOSED ORDER]:**<br>**(1) CONTINUING THE HEARING ON DEFENDANT'S MOTION TO REFER THIS CLASS ACTION COMPLAINT; AND**<br>**(2) EXTENDING DEFENDANT ZB, N.A.'S DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT**<br>Date:       August 21, 2017<br>Time:      1:30 p.m.<br>Hon:       William B. Shubb<br>Courtroom:   5<br><br>Complaint Filed: May 26, 2017<br>Trial Date: None set |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
FURTHER EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 29717493v4

Case No. 2:17-cv-01123-WBS-DB

# **STIPULATION**

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (collectively, the "Plaintiffs") and Defendant ZB, N.A., a national banking association, doing business as California Bank & Trust ("CB&T") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation").

1. On May 26, 2017, the Plaintiffs filed this Class Action Complaint (the "Complaint") against CB&T.

2. On May 30, 2017, the Plaintiffs served the Summons and the Complaint upon CB&T via personal service (the "Service Date").

3. Under Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the deadline for CB&T to file and serve its answer or otherwise respond to the Complaint was initially June 20, 2017 (the "Response Deadline").

4. On June 12, 2017, this Court entered an Order granting the Parties' Stipulation to extend CB&T's Response Deadline to July 31, 2017.

5. On July 24, 2017, CB&T filed a Motion to Refer this Class Action Complaint to the Honorable Robert S. Bardwil in the U.S. Bankruptcy Court for the Eastern District of California pursuant to 28 U.S.C. § 157(a) and this Court's General Orders 182, 223, and 330 (the "Referral Motion").

6. The Referral Motion is currently scheduled to be heard by this Court on August 21, 2017 at 1:30 p.m.

7. Plaintiffs request additional time to review and consider the merits of the Referral Motion. Thus, the Parties agree to the following schedule with respect to the Referral Motion:

    a. Plaintiffs shall file and serve their opposition, if any, to the Referral Motion on or before **August 28, 2017**;

    b. CB&T shall file and serve its reply to any opposition to the Referral Motion on or before **September 11, 2017**; and

-1-

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
FURTHER EXTENDING DEFENDANT'S
RESPONSIVE PLEADING DEADLINE
BN 29717493v4

Case No. 2:17-cv-01123-WBS-DB

   c. The hearing on Referral Motion shall be continued from August 21, 2017 to **September 18, 2017 at 1:30 p.m.**

  8. To allow time for this Court to hear and determine the Referral Motion, the Parties agree to further extend CB&T's Response Deadline such that CB&T shall have **until 20 calendar days** after notice to the Parties of the Court's entry of its written order ruling on the Referral Motion in which to file an answer or otherwise respond to the Complaint.  This deadline shall apply regardless of whether this Court retains jurisdiction, or refers all or part of this case to the Bankruptcy Court.

**STIPULATED AND AGREED TO BY:**

DATED:  July 27, 2017     BUCHALTER, A Professional Corporation

              By: */s/ Robert S. McWhorter*
                 ROBERT S. MCWHORTER

                Attorneys for Defendant,
                ZB, N.A., a national banking association, dba
                California Bank & Trust

DATED:  July 27, 2017

              By: */s/ Robert L. Brace*
                 ROBERT L. BRACE

                Attorneys for Plaintiffs and all others similarly
                situated

 I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

               */s/ Robert S. McWhorter*
               Robert S. McWhorter

-2-
BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO
STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
Case No. 2:17-cv-01123-WBS-DB
BN 29717493v4

# ORDER

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall file and serve their opposition, if any, to the Referral Motion on or before **August 28, 2017.**

2. CB&T shall file and serve its reply to any opposition to the Referral Motion on or before **September 11, 2017.**

3. The hearing on Defendant's Motion to Refer Case to US Bankruptcy Court shall be continued from August 21, 2017 to **September 18, 2017 at 1:30 p.m.**

4. CB&T shall have **until 20 calendar days** after notice to the Parties of the Court's entry of its written order ruling on the Referral Motion in which to file an answer or otherwise respond to the Complaint. This deadline shall apply regardless of whether this Court retains jurisdiction, or refers all or part of this case to the Bankruptcy Court.

**5.** The Scheduling Conference is continued from September 25, 2017 to **November 20, 2017 at 1:30 p.m.** A Joint Status Report shall be filed no later than **November 6, 2017.**

Dated: July 28, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE
BN 29717493v4

-3-

Case No. 2:17-cv-01123-WBS-DB