1  JOEL G. SAMUELS (SBN 115264)
   ROBERT S. ADDISON, JR. (SBN 188565)
2  ANTHONY J. NAPOLITANO (SBN 227691)
   BUCHALTER, A Professional Corporation
3  1000 WILSHIRE BLVD., SUITE 1500
   LOS ANGELES, CA 90017
4  Telephone: (213)-891-0700
   Facsimile: (213)-896-0400
5  Email:  jsamuels@buchalter.com
           raddison@buchalter.com
6          anapolitano@buchalter.com

7  ROBERT S. MCWHORTER (SBN 226186)
   JARRETT S. OSBORNE-REVIS (SBN 289193)
8  BUCHALTER, A Professional Corporation
   500 CAPITOL MALL, SUITE 1900
9  SACRAMENTO, CA 95814
   Telephone: (213)-891-0700
10 Facsimile: (916)-945-5170
   Email:  rmchworter@buchalter.com
11         josbornerevis@buchalter.com

12 Attorneys for Defendant
   ZB, N.A., a national banking association, dba California Bank & Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER:**<br>**(1) WITHDRAWING DEFENDANT'S MOTION TO REFER THIS CLASS ACTION COMPLAINT; AND**<br>**(2) SETTING DEADLINE FOR DEFENDANT TO FILE AND SERVE ITS MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date: October 2, 2017<br>Time: 1:30 p.m.<br>Hon: William B. Shubb<br>Courtroom: 5<br><br>Complaint Filed: May 26, 2017<br>Trial Date: None set |

BUCHALTER
A Professional Corporation
Sacramento

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
DEFENDANT'S MOTION TO REFER AND SETTING DEADLINE TO
FILE/SERVE MOTION TO DISMISS
BN 30911714v2

Case No. 2:17-cv-01123-WBS-DB

# STIPULATION

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (collectively, the "Plaintiffs") and Defendant ZB, N.A., a national banking association, doing business as California Bank & Trust ("CB&T") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation").

1. On July 24, 2017, CB&T filed a Motion to Refer this Class Action Complaint to the Honorable Robert S. Bardwil in the U.S. Bankruptcy Court for the Eastern District of California pursuant to 28 U.S.C. § 157(a) and this Court's General Orders 182, 223, and 330 (the "Referral Motion"). The Referral Motion is currently scheduled to be heard by this Court on October 2, 2017 at 1:30 p.m.

2. The Parties have met and conferred regarding the Referral Motion. Based on the Parties' discussions, CB&T agrees to withdraw the Referral Motion without prejudice to the rights of to any of the Parties.

3. The Parties previously agreed that the deadline to file an answer or otherwise respond to the Complaint would be 20 calendar days after notice to the Parties of the Court's entry of its written order ruling on the Referral Motion. Given CB&T's withdrawal of the Referral Motion, it is hereby agreed by the Parties that CB&T shall have until **Thursday October 5, 2017** to file and serve its answer or other response to the Complaint.

**STIPULATED AND AGREED TO BY:**

DATED: September 11, 2017      BUCHALTER, A Professional Corporation


By:   */s/ Robert S. McWhorter*
         ROBERT S. MCWHORTER

Attorneys for Defendant,
ZB, N.A., a national banking association, dba
California Bank & Trust

-1-

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
DEFENDANT'S MOTION TO REFER AND SETTING DEADLINE TO
FILE/SERVE MOTION TO DISMISS
BN 30911714v2

Case No. 2:17-cv-01123-WBS-DB

DATED: September 11, 2017

By:    */s/ Robert L. Brace*
     ROBERT L. BRACE

Attorneys for Plaintiffs and all others similarly situated

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

   */s/ Robert S. McWhorter*
   Robert S. McWhorter

# [~~PROPOSED~~] ORDER

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. CB&T's Referral Motion is withdrawn without prejudice to any of the Parties.

2. CB&T shall have until **Thursday, October 5, 2017** to file and serve its answer or other response to the Complaint.

Dated: September 12, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

BUCHALTER
A Professional Corporation
Sacramento

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
DEFENDANT'S MOTION TO REFER AND SETTING DEADLINE TO
FILE/SERVE MOTION TO DISMISS
BN 30911714v2

Case No. 2:17-cv-01123-WBS-DB