| | |
|---|---|
| Robert L. Brace, State Bar No. 122240 | Robert A. Curtis, State Bar No. 203870 |
| rlbrace@rusty.lawyer | rcurtis@foleybezek.com |
| 1807 Santa Barbara Street | Aaron L. Arndt, State Bar No. 290748 |
| Santa Barbara, CA 93101 | aarndt@foleybezek.com |
| Telephone: 805-845-8211 | FOLEY BEZEK BEHLE & CURTIS, LLP |
| | 15 West Carrillo Street |
| Michael P. Denver, State Bar No. 199279 | Santa Barbara, CA 93101 |
| mpdenver@hbsb.com | Telephone: 805-962-9495 |
| HOLLISTER & BRACE | Facsimile: 805-962-0722 |
| A Professional Corporation | |
| 1126 Santa Barbara Street | |
| Santa Barbara, CA 93102 | |
| Telephone: 805-963-6711 | |
| Facsimile: 805-965-0329 | |

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; an all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | **CASE NO.: 2:17-cv-01123-WBS-DB**<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO DISMISS**<br><br>**Complaint Filed:** May 26, 2017<br>**Trial Date:** None set |

## **STIPULATION**

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (collectively, the "Plaintiffs") and Defendant ZB, N.A., a national banking association, doing business as California Bank & Trust ("CB&T") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation").

1. On October 5, 2017, CB&T filed a Motion to Dismiss this Class Action

Complaint. The Motion is currently scheduled to be heard by this Court on November 13, 2017 at 1:30 p.m.

2. Plaintiffs' counsel have informed CB&T of a scheduling conflict and the Parties have met and conferred regarding the need to alter the Motion timing. Based on the Parties' discussion, the Parties agree that Plaintiffs' Opposition shall be filed on November 6th, CB&T's Reply shall be filed on November 20th and the Hearing shall be November 27, 2017 at 1:30 p.m., or as soon thereafter as the Court allows.

**STIPULATED AND AGREED TO BY:**

DATED: October 16, 2017      BUCHALTER, A Professional Corporation

By:    */s/ Robert S. McWhorter*
       ROBERT S. MCWHORTER

Attorneys for Defendant,
ZB, N.A., a national banking association, dba California Bank & Trust

DATED: October 16, 2017      HOLLISTER & BRACE
A Profession Corporation

By:    */s/ Michael P. Denver*
       MICHAEL P. DENVER

Attorneys for Plaintiffs and all others similarly situated

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

           */s/ Michael P. Denver*
           Michael P. Denver

# ORDER

Based on the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Opposition to CB&T's Motion to Dismiss shall be filed November 6, 2017.

2. CB&T's Reply shall be filed November 20, 2017.

3. The Hearing on CB&T's Motion to Dismiss shall be November 27, 2017 at 1:30 p.m.

4. The Scheduling Conference is continued to February 12, 2018 at 1:30 p.m. A Joint Status Report shall be filed no later than January 29, 2018.

Dated: October 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE