UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>　　　　Defendants. | CIV. NO. 2:17-01123 WBS DB<br><br>ORDER SETTING BRIEFING SCHEDULE |

----oo0oo----

Before the court is defendant's Motion to Dismiss. (Docket No. 21.) The court hereby ORDERS that any reply in support of the Motion shall be filed by November 16, 2017. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: November 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE