JOEL G. SAMUELS (SBN 115264)
ROBERT S. ADDISON, JR. (SBN 188565)
ANTHONY J. NAPOLITANO (SBN 227691)
BUCHALTER, A Professional Corporation
1000 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90017
Telephone: (213)-891-0700
Facsimile: (213)-896-0400
Email: jsamuels@buchalter.com
       raddison@buchalter.com
       anapolitano@buchalter.com

ROBERT S. MCWHORTER (SBN 226186)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (213)-891-0700
Facsimile: (916)-945-5170
Email: rmchworter@buchalter.com
       josbornerevis@buchalter.com

Attorneys for Defendant, ZIONS BANCORPORATION, N.A.,
A NATIONAL BANKING ASSOCIATION, FORMERLY KNOWN AS
ZB, N.A., DOING BUSINESS AS CALIFORNIA BANK & TRUST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND [PROPOSED ORDER] GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUING STATUS CONFERENCE**<br><br>Complaint Filed: May 26, 2017<br>Trial Date: None set |

BUCHALTER
A Professional Corporation
Sacramento

**STIPULATION AND [PROPOSED ORDER] GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUING STATUS CONFERENCE**
BN 37391402v1

Case No. 2:17-cv-01123-WBS-DB

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadway, (the "Putative Class Action Representatives") and Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T") (collectively, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

1. On May 26, 2017, the Putative Class Action Representatives filed a Class Action Complaint (the "Complaint") against CB&T;

2. On December 19, 2017, this Court issued a Memorandum and Order Re: Motion to Dismiss (the "Decision"), dismissing the Complaint. The Putative Class Action Representatives subsequently appealed this Court's dismissal.

3. On June 24, 2019, the U.S. Court of Appeals for the Ninth Circuit (the "Ninth Circuit") issued a Memorandum (the "Memorandum") reversing, vacating, and remanding this Court's decision dismissing the Complaint. *Evans v. ZB, N.A.*, No. 18-15094, 2019 U.S. App. LEXIS 18781 (9th Cir. June 24, 2019).

4. On August 1, 2019, the Ninth Circuit denied CB&T's Petition for Panel Rehearing and for Rehearing En Banc. *Evans v. ZB, N.A.*, No. 18-15094, 2019 U.S. App. LEXIS 23059, at *1 (9th Cir. Aug. 1, 2019).

5. On August 9, 2019, the Ninth Circuit issued its formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

6. This Court subsequently ordered the parties to appear for a status conference on **September 16, 2019 at 1:30 p.m.** and to file a Joint Status Report by **September 3, 2019.**

7. Counsel for the Parties met and conferred via telephone on August 21, 2019. Pursuant to this telephone conversation, the Parties agreed to the following schedule, subject to this Court's approval:

    a. the Putative Class Action Representatives shall file and serve a First Amended Complaint ("FAC") on or before **October 14, 2019**; and

    b. CB&T shall file and serve an answer or other responsive pleading, which may

1

**STIPULATION AND [PROPOSED ORDER] GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND CONTINUING STATUS CONFERENCE**

Case No. 2:17-cv-01123-WBS-DB

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 37391402v1

include a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, on or before **November 15, 2019**.

8. The Parties submit this proposal in an effort to conserve judicial resources. If the foregoing schedule is acceptable, the Parties request that this Court continue the Status Conference scheduled for September 16, 2019 at 1:30 p.m. to such other date and time as this Court deems appropriate.

9. This Stipulation does not waive, alter, or modify any rights, defenses or claims of any of the Parties in this case.

DATED: August 23, 2019          BUCHALTER, A Professional Corporation

By:   */s/ Robert S. McWhorter*

Attorneys for Defendant,
Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust

DATED: August 23, 2019          Robert L. Brace, Esq.

By:   */s/ Robert L. Brace*

Attorney for Plaintiffs and all others similarly situated

2

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 37391402v1

Case No. 2:17-cv-01123-WBS-DB

| | | |
|---|---|---|
| DATED: August 23, 2019 | | HOLLISTER & BRACE, A Professional Corporation |
| | By: | */s/ Michael Denver*<br>MICHAEL P. DENVER |
| | | Attorneys for Plaintiffs and all others similarly situated |

I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.

*/s/ Robert S. McWhorter*
Robert S. McWhorter

2

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S RESPONSIVE
PLEADING DEADLINE
BN 37391402v1

Case No. 2:17-cv-01123-WBS-DB

# ORDER

Based upon the Parties' Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. the Putative Class Action Representatives shall file and serve a First Amended Complaint, consistent with the Ninth Circuit's Memorandum, on or before **October 14, 2019**; and

2. CB&T shall file and serve an answer or other responsive pleading, which includes the filing and service of a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, on or before **November 15, 2019**.

3. The Status Conference scheduled for September 16, 2019 at 1:30 p.m. is hereby continued to **January 21, 2020 at 1:30 p.m.** A joint status report shall be filed no later than January 7, 2020.

Dated: August 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 37391402v1