Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA  93101
Telephone:  805-845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE
A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA  93102
Telephone: 805-963-6711
Facsimile: 805-965-0329

Attorneys for Plaintiffs and all others similarly situated

**UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; an all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | CASE NO.: 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES BY 60 DAYS FOR MEDIATION** |

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Putative Class Action Representatives") and Defendant, Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T") and together with the Plaintiffs, the "Parties", by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

1. The Plaintiffs' Class Action Complaint against CB&T was filed nearly 3 years ago, on May 26, 2017. The original Complaint was dismissed in December 2017 and the

1. Plaintiffs appealed the dismissal.

2. In June of 2019, the Ninth Circuit issued a Memorandum Opinion reversing the dismissal. *Evans v. ZB, N.A.*, 2019 U.S. App. LEXIS 18781 (9th Cir. June 24, 2019).

3. In October of 2019, the Plaintiffs filed their First Amended Complaint ("FAC").

4. In November 2019, CB&T filed a Motion to Dismiss the FAC and on December 18, 2019, this Court issued its Memorandum and Order granting in part and denying in part CB&T's Motion to Dismiss. The Court's Memorandum and Order afforded the Plaintiffs until January 2, 2020 to file a Second Amended Complaint, if they chose to do so.

5. The Plaintiffs chose not to file a Second Amended Complaint and thereafter CB&T timely filed its Answer to the FAC.

6. On January 7, 2020, the Court entered an order setting forth the following deadlines (the "Scheduling Order"):

   a. The Parties must confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f), on or before March 20, 2020.

   b. The Parties must exchange their initial disclosure under Federal Rule of Civil Procedure 26(a) on or before April 3, 2020.

   c. A Status Conference was scheduled for **April 27, 2020 at 1:30 p.m.**

   d. The Parties must file a joint status conference report on or before **April 13, 2020.**

7. Counsel for the Parties recently discussed avenues to resolve, on their own, this nearly 3 year-old litigation. In that regard, a mediation has been set for March 30, 2020 in San Francisco, before retired Placer County Superior Court Judge Richard L. Gilbert.

8. To allow time for the Parties to proceed with mediation without incurring potentially unnecessary attorneys' fees and costs, the Parties jointly request the Court to continue case deadlines in the Scheduling Order for 60 calendar days such that if the case does not settle, the following deadlines would apply:

///

  a.  Plaintiffs' Counsel will file and serve a motion with this Court seeking an order designating them as interim counsel under Federal Rules of Civil Procedure 23(g)(3) on or before May 5, 2020;

  b.  The Parties will confer and attempt to agree upon a discovery plan, as required by Federal Rules of Civil Procedure 26(f), on or before May 19, 2020; and

  c.  The Parties will exchange their initial disclosures under Federal Rules of Civil Procedure 26(f), on or before June 2, 2020.

9. The Parties submit this proposal in an effort to conserve judicial resources. If the foregoing schedule is acceptable, the Parties request that this Court continue the Status Conference scheduled for April 27, 2020 at 1:30 p.m., to June 26, 2020, or to such other date and time as this Court deems appropriate.

10. This Stipulation does not waive, alter, or modify any rights, defenses or claims of any of the Parties in this case.

Dated: March 5, 2020        BUCHALTER, A Professional Corporation

                  B:  /s/ *Robert S. McWhorter*
                     Robert S. McWhorter
                     Jarrett S. Osborne-Revis
                     Attorneys for Defendant,
                     Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust

Dated: March 5, 2020        By:  /s/ *Robert L. Brace*
                     Robert L. Brace
                     Attorneys for Plaintiffs and all other similarly situated

Dated: March 5, 2020        HOLLISTER & BRACE
                     A Professional Corporation

                   By:  */s/ Michael P. Denver*
                     Michael P. Denver
                     Attorneys for Plaintiffs and all other similarly situated

I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

Dated: March 5, 2020

HOLLISTER & BRACE
A Professional Corporation

By: */s/ Michael P. Denver*
Michael P. Denver
Attorneys for Plaintiffs and all other similarly situated

# ORDER

Based upon the Parties' Stipulation, and good cause appearing, if the case does not settle,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Counsel will file and serve a motion with this Court seeking an order designating them as interim counsel under Federal Rules of Civil Procedure 23(g)(3) on or before May 5, 2020;

2. The Parties must confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f), on or before May 19, 2020;

3. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before June 2, 2020;

4. The Conference scheduled for April 27, 2020 at 1:30 p.m. is hereby continued to **July 6, 2020 at 1:30 p.m.**; and

5. The Parties shall meet and confer on Rule 26 issues and file a joint status report no later than **June 22, 2020**.

Dated: March 5, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE