1  IAN W. CRAIG (State Bar No. 160651)
   **LAW OFFICES OF IAN W. CRAIG, PC**
2  2023 N Street, Suite 200
   Sacramento, CA 95811
3  Phone: (916) 277-8580; Fax: (916) 914-1803
   Email: Ian@IWC-Law.com
4  56958
   **PETERSON WATTS LAW GROUP, LLP**
5  *Attorneys at Law*
   Glenn W. Peterson, Esq. (SBN 126173)
6  2267 Lava Ridge Court, Suite 210
7  Roseville, CA 95661
   Phone No.: 916.780.8222; Fax No.: 916.780.8775
8

9  Attorneys for JTS COMMUNITIES, INC., LARRY A. CARTER; JACK T. SWEIGART, AND BRISTOL INSURANCE COMPANY

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12                              **SACRAMENTO DIVISION**

13  
| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated, | CASE NO. 2:17-cv-01123-WBS-DB |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144)** |
| v. | |
| ZB, N.A., a National Banking Association dba California Bank & Trust, | |
| Defendants. | Complaint filed: May 26, 2017<br>Trial date: None set |
| ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust, | |
| Third-Party Plaintiff | |
| v. | |
| JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolve d Utah corporation; and ROES 1-20 inclusive | |
| Third-Party Defendants | |

**ORDER**

The Court, having received and reviewed the Parties' stipulation to extend the time by which Third-Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company, have to respond to the Third Party Complaint of Zions Bancorporation, N.A., and good cause appearing therefore, grants the Parties' Stipulation. Third-Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company, shall file a responsive pleading on or before June 1, 2020. The filing of the Stipulation in no way waives Third-Party Defendants' right to challenge the sufficiency of the pleadings and/or venue of the action.

**IT IS SO ORDERED.**

Dated: May 4, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE