1  Robert L. Brace, State Bar No. 122240
   rlbrace@rusty.lawyer
2  1807 Santa Barbara Street
   Santa Barbara, CA 93101
3  Telephone:  (805) 845-8211

4  Michael P. Denver, State Bar No. 199279
   mpdenver@hbsb.com
5  HOLLISTER & BRACE,
   a Professional Corporation
6  1126 Santa Barbara Street
   Santa Barbara, CA  93101
7  Telephone: (805) 963-6711
   Facsimile:   (805) 965-0329

Attorneys for Plaintiffs and all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ZB, N.A., a national banking association, dba California Bank & Trust, <br><br> Defendant. | Case No. 2:17-cv-01123-WBS-DB <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE THEIR MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
|---|---|

Whereas, on March 6, 2020, the Court signed the parties' stipulation into order directing that, if the parties did not settle their dispute at mediation, then Plaintiffs were to file their motion for interim appointment of class counsel by May 5, 2020.

Whereas, due to Covid-19 the planned mediation has not yet occurred and the parties wish to continue the interim class counsel motion for at least 60 days to allow time to mediate.

///

///

1   Now therefore the parties hereby agree and stipulate that the date by which plaintiffs shall file their motion for interim appointment of class counsel is continued from May 5, 2020 to July 10, 2020.

Dated:  May 5, 2020                    BUCHALTER, A Professional Corporation


By:   */s/  Robert S. McWhorter*
       Robert S. McWhorter
       Jarrett S. Osborne-Revis
       Attorney for Defendant,
       Zion Bancorporation, N.A., a national
       banking association, formerly known as
       ZB, N.A., doing business as California
       Bank & Trust


Dated:  May 5, 2020                    By:   */s/  Robert L. Brace*
                                              Robert L. Brace
                                              Attorneys for Plaintiffs and all other
                                              Similarly situated


Dated:  May 5, 2020                    HOLLISTER & BRACE
                                       A Professional Corporation


sBy:   */s/  Michael P. Denver*
        Michael P. Denver
        Attorneys for Plaintiffs and all other
        Similarly situated

**ORDER**

Based upon the Parties' Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The date that Plaintiffs' Counsel will file their motion for interim appointment of class counsel is continued from May 5, 2020 to **July 10, 2020.**

Dated: May 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE