Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: 805-845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE
A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93102
Telephone: 805-963-6711
Facsimile: 805-965-0329

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br>ZB, N.A., a national banking association, dba California Bank & Trust,<br>　　　　　Defendant.<br><br>ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br>　　　　　Third-Party Plaintiff<br>vs.<br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>　　　　　Third-Party Defendants | **CASE NO.: 2:17-cv-01123-WBS-DB**<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES FOR SETTLEMENT DISCUSSIONS**<br><br>**Complaint Filed:**　May 26, 2017<br>**Trial Date:**　None set |

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Putative Class Action Representatives"), Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T"), and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

1. On March 6, 2020, before the Third Party Defendants had appeared in this litigation, the Court ordered that:

    a. The Putative Class Action Representatives and CB&T must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before June 2, 2020;

    b. The Rule 26 Conference is scheduled for **June 26, 2020 at 1:30 p.m.**; and

    c. The Parties shall meet and confer on Rule 26 issues and file a joint conference report 14 days before the conference.

2. Separately, the Court issued an Order on May 6, 2020 directing the Putative Class Action Representatives to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) on or before July 10, 2020.

3. Counsel for the Putative Class Action Representatives and CB&T recently discussed avenues to resolve, on their own, this 3 year-old litigation. In that regard, confidential settlement briefs have been exchanged, settlement discussions are ongoing and a mediator was retained in retired Placer County Superior Court Judge Richard L. Gilbert.

4. On June 1, 2020, Third Party Defendants filed their Answer to CB&T's Third Party Complaint. Counsel for CB&T and the Third Party Defendants have also been discussing the desire to engage in meaningful settlement discussions, and the Third Party Defendants have also agreed to mediate with Judge Gilbert.

5. To allow time for mediation without incurring potentially unnecessary attorneys' fees and costs, the Parties jointly request the Court to continue case deadlines such that if the case does not settle, the following deadlines would apply:

      a. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before July 17, 2020;

      b. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from July 10, 2020 to July 31, 2020;

      c. The Rule 26 Conference scheduled for **June 26, 2020 at 1:30 p.m. is moved to August 12, 2020 at 1:30**; and

      d. The Parties shall meet and confer on Rule 26 issues and file a joint conference report 14 days before the conference.

6. This Stipulation does not waive, alter, or modify any rights, defenses or claims of any of the parties in this case.

Dated: June 4, 2020          BUCHALTER, A Professional Corporation

                                               By:   /s/ *Robert S. McWhorter*
                                                     Robert S. McWhorter
                                                     Jarrett S. Osborne-Revis
                                                     Attorneys for Defendant,
                                                     Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust

Dated: June 4, 2020          LAW OFFICES OF IAN W. CRAIG, PC

                                               By:   /s/ *Ian W. Craig*
                                                     Ian W. Craig
                                                     Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation

Dated:  June 4, 2020                    PETERSON WATTS LAW GROUP, LLP

By:  */s/ Glenn W. Peterson*
    Glenn W. Peterson
    Attorneys for Third-Party Defendants,
    JTS Communities, Inc., a California
    Corporation, Larry A. Carter, an
    individual; Jack T. Sweigart, an individual
    and Bristol Insurance Company, a
    dissolved Utah corporation

Dated:  June 4, 2020                    By:  /s/ *Robert L. Brace*
    Robert L. Brace
    Attorneys for Plaintiffs and all other
    similarly situated

Dated:  June 4, 2020                    HOLLISTER & BRACE
    A Professional Corporation

By:  */s/ Michael P. Denver*
    Michael P. Denver
    Attorneys for Plaintiffs and all other
    similarly situated

    I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

Dated:  June 4, 2020                    HOLLISTER & BRACE
    A Professional Corporation

By:  */s/ Michael P. Denver*
    Michael P. Denver
    Attorneys for Plaintiffs and all other
    similarly situated

**ORDER**

Based upon the Parties' Stipulation, and good cause appearing, if the case does not settle,

**IT IS HEREBY ORDERED** that:

a. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before July 17, 2020;

b. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from July 10, 2020 to July 31, 2020;

c. The Rule 26 Conference scheduled for **July 6, 2020 at 1:30 p.m. is moved to August 17 , 2020 at 1:30**; and

d. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 3, 2020.**

**Dated:  June 5, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE