1  Robert L. Brace, State Bar No. 122240
   rlbrace@rusty.lawyer
2  1807 Santa Barbara Street
3  Santa Barbara, CA  93101
   Telephone:  805-845-8211
4
   Michael P. Denver, State Bar No. 199279
5  mpdenver@hbsb.com
   HOLLISTER & BRACE
6  A Professional Corporation
7  1126 Santa Barbara Street
   Santa Barbara, CA  93102
8  Telephone: 805-963-6711
   Facsimile: 805-965-0329
9

10 Attorneys for Plaintiffs and all others similarly situated

11 **UNITED STATED DISTRICT COURT**

12 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>        Defendant.<br><br>ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br><br>        Third-Party Plaintiff<br>vs.<br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>        Third-Party Defendants | **CASE NO.: 2:17-cv-01123-WBS-DB**<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES FOR SETTLEMENT DISCUSSIONS**<br><br>**Complaint Filed:** May 26, 2017<br>**Trial Date:** None set<br><br>*Assigned to The Hon. William B. Schubb* |

1
**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES**

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Putative Class Action Representatives"), Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T"), and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

**WHEREAS**, on June 5, 2020 the Court issued an Order provided the following deadlines:

- The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **July 17, 2020**;
- The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is **July 31, 2020**;
- The Rule 26 Conference is scheduled for **August 17 , 2020 at 1:30**; and
- The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 3, 2020**.

**WHEREAS**, the Parties now agree to further continue case dates to allow additional time for continued settlement talks and mediation.

**WHEREAS**, the Parties will mediate before the Honorable Richard Gilbert (Ret.) on August 17, 2020. This mediation had been previously scheduled for August 4, but was moved to August 17 to accommodate some of the parties' scheduling conflicts.

**WHEREAS**, the Parties agree to continue existing deadlines as follows:

1. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **August 27, 2020**;

2. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from **July 31, 2020 to September 8, 2020**;

    3.    The Rule 26 Conference scheduled for **August 17, 2020 at 1:30 p.m. is moved to September 14, 2020 at 1:30**; and,

    4.    The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 31, 2020**.

Dated:  July 23, 2020                    BUCHALTER, A Professional Corporation

                                          By:   /s/ *Robert S. McWhorter*
                                                Robert S. McWhorter
                                                Jarrett S. Osborne-Revis
                                                Attorneys for Defendant,
                                                Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust

Dated:  July 23, 2020                      LAW OFFICES OF IAN W. CRAIG, PC

                                          By:   /s/ *Ian W. Craig*
                                                Ian W. Craig
                                                Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation

Dated:  July 23, 2020                      PETERSON WATTS LAW GROUP, LLP

                                          By:   */s/ Glenn W. Peterson*
                                                Glenn W. Peterson
                                                Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation

Dated:  July 23, 2020                      By:   /s/ *Robert L. Brace*
                                                Robert L. Brace
                                                Attorneys for Plaintiffs and all other similarly situated

```
Dated:  July 23, 2020                    HOLLISTER & BRACE
                                         A Professional Corporation
                                         By:   /s/ Michael P. Denver
                                                Michael P. Denver
                                                Attorneys for Plaintiffs and all other
                                                similarly situated
```

I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

```
Dated:  July 23, 2020                    HOLLISTER & BRACE
                                         A Professional Corporation



                                         By:   /s/ Michael P. Denver
                                                Michael P. Denver
                                                Attorneys for Plaintiffs and all other
                                                similarly situated
```

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES**

# ORDER

Based upon the Parties' Stipulation, and good cause appearing, if the case does not settle,

**IT IS HEREBY ORDERED** that:

1. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **August 27, 2020**;

2. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from **July 31, 2020 to September 8, 2020**;

3. The Rule 26 Conference scheduled for **August 17, 2020 at 1:30 p.m. is moved to September 14 , 2020 at 1:30**; and

4. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 31, 2020**.

Dated:  July 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE