Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA  93101
Telephone:  805-845-8211

Michael P. Denver, State Bar No. 199279
mpdenver@hbsb.com
HOLLISTER & BRACE
A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA  93102
Telephone: 805-963-6711
Facsimile: 805-965-0329

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>             Plaintiffs,<br>      vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>             Defendant.<br><br>ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br><br>             Third-Party Plaintiff<br>      vs.<br><br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>             Third-Party Defendants | **CASE NO.: 2:17-cv-01123-WBS-DB**<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES FOR SETTLEMENT DISCUSSIONS**<br><br>**Complaint Filed:**   May 26, 2017<br>**Trial Date:**              None set<br><br>*Assigned to The Hon. William B. Schubb* |

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Putative Class Action Representatives"), Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T"), and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

**WHEREAS**, on July 24, 2020 the Court issued an Order provided the following deadlines:

- The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **August 27, 2020**;
- The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is **September 8, 2020**;
- The Rule 26 Conference is scheduled for **September 14 , 2020 at 1:30**; and
- The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 31, 2020**.

**WHEREAS**, the Parties now agree to further continue case dates to allow additional time for continued settlement talks and mediation.

**WHEREAS**, the Plaintiffs and CB&T mediated before the Honorable Richard Gilbert (Ret.) on August 17, 2020.  Though no settlement was reached at the mediation, Plaintiffs and CB&T continue to discuss settlement, and Judge Gilbert remains actively involved in the post-mediation discussions.  The Parties would like to allow a small window time (2 weeks) to see if those discussions can result in a settlement framework.

**WHEREAS**, the Parties agree to continue existing deadlines as follows:

1. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **September 10, 2020**;

2. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from **September 8, 2020 to September 22, 2020**;

3. The Rule 26 Conference scheduled for **September 14, 2020 at 1:30 p.m. is moved to September 28, 2020 at 1:30**; and,

4. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **September 14, 2020**.

Dated: August 20, 2020                     BUCHALTER, A Professional Corporation

                                           By:   /s/ *Robert S. McWhorter*
                                                 Robert S. McWhorter
                                                 Jarrett S. Osborne-Revis
                                                 Attorneys for Defendant,
                                                 Zion Bancorporation, N.A., a national
                                                 banking association, formerly known as
                                                 ZB, N.A., doing business as California
                                                 Bank & Trust

Dated: August 20, 2020                     LAW OFFICES OF IAN W. CRAIG, PC

                                           By:   /s/ *Ian W. Craig*
                                                 Ian W. Craig
                                                 Attorneys for Third-Party Defendants,
                                                 JTS Communities, Inc., a California
                                                 Corporation, Larry A. Carter, an
                                                 individual; Jack T. Sweigart, an individual
                                                 and Bristol Insurance Company, a
                                                 dissolved Utah corporation

Dated: August 20, 2020                     PETERSON WATTS LAW GROUP, LLP

                                           By:   /s/ *Glenn W. Peterson*
                                                 Glenn W. Peterson
                                                 Attorneys for Third-Party Defendants,
                                                 JTS Communities, Inc., a California
                                                 Corporation, Larry A. Carter, an
                                                 individual; Jack T. Sweigart, an individual
                                                 and Bristol Insurance Company, a
                                                 dissolved Utah corporation

Dated: August 20, 2020                     By:   /s/ *Robert L. Brace*
                                                 Robert L. Brace
                                                 Attorneys for Plaintiffs and all other
                                                 similarly situated

Dated:  August 20, 2020                    HOLLISTER & BRACE
                                           A Professional Corporation
                                           By:   */s/ Michael P. Denver*
                                                 Michael P. Denver
                                                 Attorneys for Plaintiffs and all other
                                                 similarly situated

    I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

Dated:  August 21, 2020                    BUCHALTER, A Professional Corporation

                                           By:   /s/ *Robert S. McWhorter*
                                                 Robert S. McWhorter
                                                 Jarrett S. Osborne-Revis
                                                 Attorneys for Defendant,
                                                 Zion Bancorporation, N.A., a national
                                                 banking association, formerly known as
                                                 ZB, N.A., doing business as California
                                                 Bank & Trust

**ORDER**

Based upon the Parties' Stipulation, and good cause appearing, if the case does not settle,

**IT IS HEREBY ORDERED** that:

1. The Parties must exchange their initial disclosures under Federal Rule of Civil Procedure 26(a) on or before **September 10, 2020**;

2. The date by which the Putative Class Action Representatives are to file and serve a motion to designate their counsel as interim counsel under Federal Rule of Civil Procedure 23(g)(3) is continued from **September 8, 2020 to September 22, 2020**;

3. The Rule 26 Conference scheduled for **September 14, 2020 at 1:30 p.m. is moved to September 28, 2020 at 1:30**; and

4. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **September 14, 2020**.

Dated: August 25, 2020

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE