ROBERT S. ADDISON, JR. (SBN 188565)
C. DANA HOBART (SBN: 125139
MANCY PENDERGRASS (SBN: 252705)
BUCHALTER, A Professional Corporation
1000 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90017
Telephone: (213)-891-0700
Facsimile: (213)-896-0400
Email: raddison@buchalter.com
       dhobart@buchalter.com
       mpendergrass@buchalter.com

ROBERT S. MCWHORTER (SBN 226186)
MICHAEL J. MUSE-FISHER (SBN: 253232)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (213)-891-0700
Facsimile: (916)-945-5170
Email: rmchworter@buchalter.com
       mmusefisher@buchalter.com
       josbornerevis@buchalter.com

Attorneys for Defendant, ZIONS BANCORPORATION, N.A.,
A NATIONAL BANKING ASSOCIATION, FORMERLY KNOWN AS
ZB, N.A., DOING BUSINESS AS CALIFORNIA BANK & TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES**<br><br>**Complaint Filed: May 26, 2017**<br><br>**Trial Date: None set** |

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway (collectively, "Plaintiffs"), Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CBT"), and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

**RECITALS**

1. On October 15, 2019, Plaintiffs filed a First Amended Complaint against CBT. (Dkt. 42.)

2. On February 21, 2020, CBT filed a Third Party Complaint against the Third Party Defendants. (Dkt. 55.)

3. On October 1, 2020, this Court entered a Status (Pre-Trial Scheduling) Order (the "Status Order"). (Dkt. 74.) In the Status Order, this Court set the following deadlines:

| | **Description of Deadline** | **Deadline** |
|---|---|---|
| 1. | Disclosure of experts and production of reports on all issues, including liability, damages, and class certification, in accordance with Federal Rule of Civil Procedure 26(a)(2) | July 26, 2021 |
| 2. | Completion of discovery on all issues, including depositions for preservation of testimony | September 28, 2021 |
| 3. | Filing of all motions, including motions for summary judgment or partial summary judgment and including motions for class certification | November 23, 2021 |

4. Under the Status Order, this Court set a further scheduling conference for October 12, 2021 at 1:30 p.m., in Courtroom 5 (WBS).

5. Since this Court entered the Status Order, discovery has been proceeding expeditiously, productively and efficiently. CBT and Third Party Defendants have been conducting depositions in a related case entitled civil suit, *JTS Communities, Inc., et al. v. Z.B., N.A., et al.*, Sacramento County Superior Court, Case No. 34-2017-00213368-CU-FR-GDD (the "JTS State Action"), in which the Third Party Defendants seek a judgment against CBT in

excess of $26 million related to the same fraud perpetrated by Deepal Wannakuwatte through his company, International Manufacturing Group ("IMG"). To avoid duplication and to promote efficiency, Plaintiffs' counsel attended numerous depositions in the JTS State Action over the past six months. The Third Party Defendants and CBT are in the process of conducting and completing expert discovery in the JTS State Action. An eight-week trial in the JTS State Action is currently scheduled to begin on June 21, 2021. However, the court in the JTS State Action recently notified the Third Party Defendants and CBT that the trial will be continued from June 21, 2021 to a date sometime in late 2021 (or later) due to the restrictions and the backlog caused by the Covid-19 pandemic.

## REQUEST TO CONTINUE DEADLINES

6. Plaintiff, CBT, and the Third Party Defendants require additional time to complete discovery and to file dispositive motions, especially given the ongoing proceedings in the JTS State Action. Accordingly, they jointly request that this Court enter an order continuing the following deadlines in the Status Order for a period of six months, as follows:

| | Description of Deadline | Deadline |
|---|---|---|
| 1. | Disclosure of experts and production of reports on all issues, including liability, damages, and class certification, in accordance with Federal Rule of Civil Procedure 26(a)(2) | **January 26, 2022** |
| 2. | Completion of discovery on all issues, including depositions for preservation of testimony | **March 28, 2022** |
| 3. | Filing of all motions, including motions for summary judgment or partial summary judgment and including motions for class certification | **May 23, 2022** |
| 4. | Further Scheduling Conference in Courtroom 5 (WBS). | On **April 11, 2022 at 1:30 p.m.** |

7. This Stipulation does not waive, alter, or modify any rights, defenses or claims of any of the parties in this case

| | | |
|---|---|---|
| Dated: April 30, 2021 | | BUCHALTER, A Professional Corporation |
| | By: | /s/ *Robert S. McWhorter* |
| | | Robert S. McWhorter |
| | | Jarrett S. Osborne-Revis |
| | | Attorneys for Defendant, |
| | | Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust |
| Dated: April 30, 2021 | | LAW OFFICES OF IAN W. CRAIG, PC |
| | By: | /s/ *Ian W. Craig* |
| | | Ian W. Craig |
| | | Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation |
| Dated: April 30, 2021 | | PETERSON WATTS LAW GROUP, LLP |
| | By: | /s/ *Glenn W. Peterson* |
| | | Glenn W. Peterson |
| | | Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation |
| Dated: April 30, 2021 | By: | /s/ *Robert L. Brace* |
| | | Robert L. Brace |
| | | Attorneys for Plaintiffs and all other similarly situated |

*(Signatures Are Continued on the Next Page)*

Dated: April 30, 2021                    DENVER LAW GROUP


                                         By: */s/ Michael P. Denver*
                                         Michael P. Denver
                                         Attorneys for Plaintiffs and all other similarly
                                         situated

    I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

Dated: April 30, 2021                    BUCHALTER


                                         By: */s/ Robert S. McWhorter*
                                         Robert S. McWhorter
                                         Attorneys for Plaintiffs and all other similarly

# ORDER

Based upon the Parties' Stipulation, and good cause appearing, if the case does not settle,

**IT IS HEREBY ORDERED** that:

a. All experts must disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **January 26, 2022**;

b. Discovery on all issues, including depositions for preservation of testimony, must be completed by **March 28, 2022**;

c. All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **May 23, 2022**;

d. The remaining provisions of the Status Order shall remain; and

e. This Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on <u>**April 11, 2022 at 1:30 p.m.**</u>  A joint status report shall be filed no later than <u>**March 28, 2022.**</u>

**Dated: May 3, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE