Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA  93101
Telephone:  805-845-8211

Michael P. Denver, State Bar No. 199279
mdenver@denverlawgroup.law
514 West Pueblo St., Ground Floor
Santa Barbara, CA  93105
Telephone: 805-896-4967

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br>ZB, N.A., a national banking association, dba California Bank & Trust,<br>　　　　　Defendant. | **CASE NO.: 2:17-cv-01123-WBS-DB**<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES TO ALLOW DEFENDANT AND THIRD-PARTY DEFENDANTS TO CONDUCT THEIR STATE COURT TRIAL WITHOUT INTERRUPTION**<br><br>**Complaint Filed:**　　May 26, 2017<br>**Trial Date:**　　None set |
| ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br>　　　　　Third-Party Plaintiff<br>　vs.<br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>　　　　　Third-Party Defendants | |

Plaintiffs and putative class representatives Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Evans Plaintiffs"), Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("Zions"), and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

1. On May 4, 2021, the Court ordered that:

(a) All experts must be disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **January 26, 2022**;

(b) Discovery on all issues, including depositions for preservation of testimony, must be completed by **March 28, 2022**;

(c) All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **May 23, 2022**; and

(d) The Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on **April 11, 2022**.

2. After the subject litigation was filed by the Evans Plaintiffs in Federal Court (the "Evans Federal Class Action"), but before Zions countersued the Third Party Defendants, the Third Party Defendants sued Zions in a factually related case entitled *JTS Communities, Inc., et al. v. Z.B., N.A., et al.*, Sacramento County Superior Court, Case No. 34-2017-00213368-CU-FR-GDD (hereinafter the "JTS State Court Action"). In the JTS State Court Action, the Third-Party Defendants in this action, are acting as Plaintiffs, and they have alleged claims against Zions arising out of the same fraud scheme (committed by now-imprisoned Deepal Wannakuwatte) from which the claims in this action arise.

3. Discovery has been proceeding in the JTS State Court Action and the Evans Federal Class Action. Over **2,200 exhibits** have been marked for examination during the roughly **50 depositions** that have been taken.

4. The Evans Federal Class Action was filed a short time before the JTS State Court Action. Due to the 9th Circuit appeal in the Evans Federal Class Action, the JTS State Court Action has advanced more rapidly and is ready for trial. An **eight-week trial** is scheduled to begin on November 4, 2021, requiring the full attention of Zions, the Third-Party Defendants, the witnesses and the participating lawyers. Allowing the JTS State Court Action to proceed without the interruption by procedural matters scheduled in the Evans Federal Class Action benefits all the Parties, including the members of the putative class.

5. Therefore, the Parties agree that the deadlines in the Evans Federal Class Action should be continued for 120 more days. With the Courts permission, the following new deadlines would apply:

(a) All experts must be disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **May 24, 2022**;

(b) Discovery on all issues, including depositions for preservation of testimony, must be completed by **July 19, 2022**;

(c) All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **September 20, 2022**; and

(d) The Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on or about **August 16th, 2022**, based on the Court's schedule.

7. This Stipulation does not waive, alter, or modify any rights, defenses, or claims of any of the parties in this case.

Dated:  October 28, 2021                    BUCHALTER, A Professional Corporation

By:  /s/ *Robert S. McWhorter*
  Robert S. McWhorter
  Jarrett S. Osborne-Revis

3
**STIPULATION AND ORDER CONTINUING DEADLINES**
BN 40787824v2

|   |   |
|---|---|
|   | Attorneys for Defendant, Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust |
| Dated:  October 28, 2021 | LAW OFFICES OF IAN W. CRAIG, PC |
|   | By:   /s/ *Ian W. Craig*   <br> Ian W. Craig <br> Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation |
| Dated:  October 28, 2021 | PETERSON WATTS LAW GROUP, LLP |
|   | By:  */s/ Glenn W. Peterson*   <br> Glenn W. Peterson <br> Attorneys for Third-Party Defendants, JTS Communities, Inc., a California Corporation, Larry A. Carter, an individual; Jack T. Sweigart, an individual and Bristol Insurance Company, a dissolved Utah corporation |
| Dated:  October 28, 2021 | By:   /s/ *Robert L. Brace*   <br> Robert L. Brace <br> Attorneys for Plaintiffs and all other similarly situated |
| Dated:  October 28, 2021 | By:   */s/ Michael P. Denver*   <br> Michael P. Denver <br> Attorneys for Plaintiffs and all other similarly situated |

I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

| Dated:  October 28, 2021 | By:   */s/ Michael P. Denver*   <br> Michael P. Denver |
|---|---|

4

**STIPULATION AND ORDER CONTINUING DEADLINES**

BN 40787824v2

**ORDER**

Based upon the Parties' Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that:

a. All experts must disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **May 24, 2022**;

b. Discovery on all issues, including depositions for preservation of testimony, must be completed by **July 19, 2022**;

c. All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **September 20, 2022**;

d. The Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on **August 29, 2022 at 1:30 p.m.;** and

e. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **August 15, 2022**.

**Dated:  October 28, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE