Robert L. Brace, State Bar No. 122240
rlbrace@rusty.lawyer
1807 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: 805-845-8211

Michael P. Denver, State Bar No. 199279
mdenver@denverlawgroup.law
514 West Pueblo St., Ground Floor
Santa Barbara, CA 93101
Telephone: 805-896-4967

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>Defendant. | CASE NO.: 2:17-cv-01123-WBS-DB<br><br>**STIPULATION AND ORDER CONTINUING CASE DEADLINES DUE TO OMICRON VARIANT**<br><br>**Complaint Filed:** May 26, 2017<br>**Trial Date:** None set |
| ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br><br>Third-Party Plaintiff<br>vs.<br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>Third-Party Defendants | |

Plaintiffs and putative class representatives Ronald C. Evans, Joan M. Evans, and Dennis Treadaway, (the "Evans Plaintiffs"); Defendant, Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("Zions"); and Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company ("Third Party Defendants"), (collectively, the "Parties") by and through their respective counsel of record, enter into the following stipulation (the "Stipulation"):

1. On October 28, 2021, in Document 92, the Court ordered that:

(a) All experts must be disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **May 24, 2022**;

(b) Discovery on all issues, including depositions for preservation of testimony, must be completed by **July 19, 2022**;

(c) All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **September 20, 2022**; and

(d) The Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on **August 29, 2022 at 1:30 p.m.**

2. The Evans Plaintiffs filed their case in Federal Court (the "Evans Federal Class Action") on May 26, 2017. On June 1, 2017, the Third-Party Defendants sued Zions in a factually related case entitled *JTS Communities, Inc., et al. v. Z.B., N.A., et al.*, Sacramento County Superior Court, Case No. 34-2017-00213368-CU-FR-GDD (hereinafter the "JTS State Court Action"). On February 21, 2020, Zions countersued the Third-Party Defendants in the Evans Federal Class Action. (Doc. #55).

3. In the JTS State Court Action, the Third-Party Defendants in this action, are acting as Plaintiffs, and they have alleged claims against Zions arising out of the same fraud

scheme (committed by now-imprisoned Deepal Wannakuwatte) from which the claims in this action arise.

4. Discovery has been proceeding in the JTS State Court Action and the Evans Federal Class Action. Over **2,200 exhibits** have been marked for examination during the roughly **50 depositions** that have been taken. Discovery is completed in the JTS State Court Action. Discovery continues in the Evans Federal Class Action.

5. The Evans Federal Class Action was filed in 2017 a week before the JTS State Court Action was filed. Due to the 9th Circuit appeal in the Evans Federal Class Action, the JTS State Court Action advanced more rapidly against Zions and is ready for trial. An **eight-week trial** was scheduled to begin in November 2021. The trial date was vacated due to a stay issued by the California Court of Appeal. On January 21, 2022, after the denial of a petition for review by the Court of Appeal, the trial court held a status conference, following which the Court entered a minute order stating, "[t]he Court communicated to counsel the department's schedule and informed that trial proceedings may not commence until early June." The court also stated that the postponement was due to public safety concerns brought on by the **Covid-19 Omicron variant**.

6. The trial court in the JTS State Court Action also ordered mandatory mediation to be held by the parties before one of three mediators selected by the Court. A mediator has been selected by Zions and the Third-Party Defendants with mediation set to take place on March 16, 2022.

7. Additionally, on June 8, 2015, the Bankruptcy Trustee for International Manufacturing Group, Beverly McFarland, filed an adversary action against Third-Party Defendants, *McFarland v. Carter, et al.,* U.S. Bankruptcy Court, Eastern District of California Case No. 14-25820-D-11, Adv. No. 15-2122-D (the "Carter Adversary Action"), also arising out of the same fraud scheme from which the claims in this action arise. A pretrial conference is scheduled for March 29, 2022.

8. The Evans Plaintiffs and Zions have also agreed to attend a settlement conference before a paid mediator and are in the process of scheduling that mediation. The parties expect it to occur within the next 60 days, mediator's schedule permitting.

9. Due to the 6-month public health delay in the trial of the JTS State Court Action, and Zions' and the Evans Plaintiffs' agreement to mediate this action, the Parties agree that the deadlines in the Evans Federal Class Action should be continued for 4-months or approximately 120 more days. With the Court's permission, the following new deadlines would apply:

(a) All experts must be disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **September 23, 2022**;

(b) Discovery on all issues, including depositions for preservation of testimony, must be completed by **November 18, 2022**;

(c) All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **January 20, 2023**; and

(d) The Court shall conduct a further Scheduling Conference in Courtroom 5 (WBS) on or about **December 16, 2022**, based on the Court's schedule.

10. This Stipulation does not waive, alter, or modify any rights, defenses, or claims of any of the parties in this case.

Dated: February 17, 2022                         BUCHALTER, A Professional Corporation

By: /s/ *Robert S. McWhorter*
Robert S. McWhorter
Jarrett S. Osborne-Revis
Attorneys for Defendant,
Zion Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust

| | | |
|---|---|---|
| 1 | Dated: February 17, 2022 | LAW OFFICES OF IAN W. CRAIG, PC |
| 2 | | By:  /s/ *Ian W. Craig* |
| 3 | | Ian W. Craig |
| | | Attorneys for Third-Party Defendants, |
| 4 | | JTS Communities, Inc., a California |
| | | Corporation, Larry A. Carter, an |
| 5 | | individual; Jack T. Sweigart, an individual |
| | | and Bristol Insurance Company, a |
| 6 | | dissolved Utah corporation |

Dated:  February 17, 2022          PETERSON WATTS LAW GROUP, LLP

By:  */s/ Glenn W. Peterson*
Glenn W. Peterson
Attorneys for Third-Party Defendants,
JTS Communities, Inc., a California
Corporation, Larry A. Carter, an
individual; Jack T. Sweigart, an individual
and Bristol Insurance Company, a
dissolved Utah corporation

Dated:  February 17, 2022          By:  /s/ *Robert L. Brace*
Robert L. Brace
Attorneys for Plaintiffs and all other
similarly situated

Dated:  February 17, 2022          By:  */s/ Michael P. Denver*
Michael P. Denver
Attorneys for Plaintiffs and all other
similarly situated

I, the filer of this document, attest that each of the other signators have consented to the filing of this document.

Dated:  February 17, 2022          By:  */s/ Michael P. Denver*
Michael P. Denver

5
**STIPULATION AND ORDER CONTINUING DEADLINES**

BN 40787824v2

# ORDER

Based upon the Parties' Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that:

a. All experts must be disclosed, and all reports on all issues, including liability, damages, and class certification, must be produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **September 23, 2022**;

b. Discovery on all issues, including depositions for preservation of testimony, must be completed by **November 18, 2022**;

**c.** All motions, including motions for summary judgment or partial summary judgment and including motions for class certification, shall be filed on or before **January 20, 2023;**

d. The Scheduling Conference is continued from August 29, 2022 to **December 19, 2022 at 1:30 p.m.** ; and

e. The Parties shall meet and confer on Rule 26 issues and file a joint conference report no later than **December 5, 2022**.

Dated:  February 17, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE