ROBERT S. ADDISON, JR. (SBN 188565)
C. DANA HOBART (SBN 125139)
BUCHALTER, A Professional Corporation
1000 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90017
Telephone: (213)-891-0700
Facsimile: (213)-896-0400
Email:  raddison@buchalter.com

ROBERT S. MCWHORTER (SBN 226186)
JARRETT S. OSBORNE-REVIS (SBN 289193)
BUCHALTER, A Professional Corporation
500 CAPITOL MALL, SUITE 1900
SACRAMENTO, CA 95814
Telephone: (213)-891-0700
Facsimile: (916)-945-5170
Email:  rmchworter@buchalter.com
        josbornerevis@buchalter.com

Attorneys for Defendant, ZIONS BANCORPORATION, N.A.,
A NATIONAL BANKING ASSOCIATION, FORMERLY KNOWN AS
ZB, N.A., DOING BUSINESS AS CALIFORNIA BANK & TRUST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD C. EVANS, an individual; JOAN M. EVANS, an individual; DENNIS TREADAWAY, an individual; and all others similarly situated,<br><br>  Plaintiffs,<br>  vs.<br><br>ZB, N.A., a national banking association, dba California Bank & Trust,<br><br>  Defendant. | Case No. 2:17-cv-01123-WBS-DB<br><br>**STIPULATION RE:  SHORTENED TIME FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**<br><br>Complaint Filed: May 26, 2017<br><br>Trial Date: None set |
| ZIONS BANCORPORATION, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust,<br><br>  Third-Party Plaintiff<br>  vs.<br><br>JTS COMMUNITIES, INC., a California Corporation; LARRY A. CARTER, an individual; JACK T. SWEIGART, an individual; and BRISTOL INSURANCE COMPANY, a dissolved Utah corporation; and ROES 1-20 inclusive<br>  Third-Party Defendants | |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION RE: SHORTENED TIME**
BN 71153709v1

Case No. 2:17-cv-01123-WBS-DB

Plaintiffs Ronald C. Evans, Joan M. Evans, and Dennis Treadaway (collectively, "the Evans Class Plaintiffs"), Defendant Zions Bancorporation, N.A., a national banking association, formerly known as ZB, N.A., doing business as California Bank & Trust ("CB&T"), by and through their respective counsel of record, enter into the following stipulation:

## RECITALS

1. On May 26, 2017, Plaintiffs filed a Class Action Complaint (the "Complaint") against CB&T in the above-captioned action. (Dkt. 42.)

2. The Complaint was dismissed on December 20, 2017. (Dkt. 28).

3. After an appeal to the 9th Circuit, a First Amended Complaint was filed on October 15, 2019. (Dkt. 42).

4. On December 19, 2019 the Court granted in part and denied in part Defendant CB&T's motion to dismiss the First Amended Complaint allowing Plaintiffs to pursue four (4) causes of action against the Defendant. (Dkt. 50.)

5. On February 21, 2020, Defendant CB&T filed a Third Party Complaint against Third Party Defendants JTS Communities, Inc., Larry A. Carter, Jack T. Sweigart, and Bristol Insurance Company (collectively, "Third Party Defendants") for equitable indemnity, equitable contribution, and declaratory relief in the above-captioned action (the "Third Party Complaint"). (Dkt. 55.)

6. The parties engaged in substantial discovery.

7. On May 24, 2022, Defendant CB&T dismissed the Third Party Defendants. (Dkt. 95.) Accordingly, the Evans Class Plaintiffs and Defendant CB&T are the only parties remaining in the case.

8. **The Evans Class Plaintiffs and Defendant CB&T have agreed to settle the case, subject to Court approval.** The parties are presently documenting the settlement and preparing to file a motion for preliminary approval so that, if the motion is granted, notice of the settlement may be issued to putative class members.

9. The parties agree that the preliminary approval hearing should be set for the earliest possible date because: (i) for business and accounting reasons, CB&T desires to conclude

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION RE: SHORTENED TIME**  
BN 71153709v1

Case No. 2:17-cv-01123-WBS-DB

the settlement during the calendar year; and (ii) many of the potential settlement class members are elderly and, due to economic circumstances, many desire to receive settlement funds as soon as possible. Accordingly, the parties agree that, if the settlement is to be approved by the Court, the settlement should be concluded before the end of the calendar year, meaning the time-consuming Court approval process should commence as soon as possible.

10. As the only parties in the case are the settling parties, the motion for preliminary approval will be unopposed negating the need for any briefing beyond the motion itself.

**REQUEST TO SET HEARING ON SHORTENED TIME**

11. The parties agree that time is of the essence and that, in order to conclude the settlement during the calendar year, the preliminary approval hearing should be held on the first available date, which the Court clerk has advised is **July 25, 2022**. The parties are working together to get the settlement signed and the motion for preliminary approval filed as soon as is practicable, but believe they may be unable to file the motion by June 20, 2022, which is 35 days before July 25, 2022.

12. The parties agree that slightly (4 days) shortened time for the hearing on preliminary approval is needed in order to allow the settlement to conclude during the calendar year. The parties believe the motion for preliminary approval will be ready to file by **June 24, 2022**, and respectfully request the Court allow the shortened briefing schedule for this motion.

**STIPULATION TO SET HEARING ON SHORTENED TIME**

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the motion for preliminary approval should be filed by June 24, 2022 with 4 days of shortened time for the preliminary approval hearing, which should be set for July 25, 2022.

Dated: June 15, 2022                                BUCHALTER, A Professional Corporation

By: _____ */s/ Robert S. Addison, Jr.* _____
    Robert S. Addison, Jr
    C. Dana Hobart

Attorneys for Defendant and Third Party Plaintiff Zions Bancorporation, N.A., doing business as California Bank & Trust

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**STIPULATION RE: SHORTENED TIME**
BN 71153709v1

2

Case No. 2:17-cv-01123-WBS-DB

Dated:  June 15, 2022                           DENVER LAW, P.C.


                                                By:  /s/ Michael P. Denver
                                                Michael P. Denver
                                                Attorneys for Plaintiffs and all other similarly
                                                situated


Dated:  June 15, 2022                           By:  /s/ Robert L. Brace
                                                Robert L. Brace
                                                Attorneys for Plaintiffs and all other similarly
                                                situated


   I, the filer of this document, attest that each of the other signatories have consented to the filing of this document.


                                                  /s/ Robert S. Addison, Jr.
                                                Robert S. Addison, Jr.

## ORDER

Based upon the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

a. The Motion for Preliminary Approval of Class Action Settlement shall be filed on or before **June 24, 2022**;

b. The hearing on the Motion for Preliminary Approval of Class Action Settlement shall be scheduled on **July 25, 2022, at 1:30 p.m.**

Dated: June 16, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

2

STIPULATION RE: SHORTENED TIME
BN 71153709v1

Case No. 2:17-cv-01123-WBS-DB